

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

APR - 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 0 1 2008

JERMAINE WALKER
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SHERIFF OF COOK COUNTY

COOK COUNTY, ILLINOIS

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV 1866
JUDGE BUCKLO
MAGISTRATE JUDGE BROWN

___  ___  ___  ___  ___
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

__X__   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

   A. Name: JERMAINE WALKER

   B. List all aliases: _____

   C. Prisoner identification number: B-52757

   D. Place of present confinement: HILL C.C.

   E. Address: 600 S. LINWOOD ROAD, GALESBURG, IL. 61401

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: SHERIFF OF COOK COUNTY

      Title: SHERIFF

      Place of Employment: COOK COUNTY JAIL

   B. Defendant: COOK COUNTY, ILLINOIS

      Title: BOARD PRESIDENT

      Place of Employment: COOK COUNTY JAIL

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: JERMAINE WALKER VS. ERIC MICHAELEK, et al., No. (08 C 1542)

B. Approximate date of filing lawsuit: MARCH 14, 2008

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: JERMAINE WALKER

D. List all defendants: ERIC MICHAELEK, DANIEL LUCE, DAVID MANFIELD, TAMMY GARCIA

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS

F. Name of judge to whom case was assigned: JUDGE ELAINE E. BUCKLO

G. Basic claim made: LEGAL MAIL INTERFERENCE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: JERMAINE WALKER VS. TERRY MCCANN, et al., NO. (07 C 3083)

    B. Approximate date of filing lawsuit: JUNE 1, 2007

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: JERMAINE WALKER

    D. List all defendants: TERRY MCCANN, VENITA WRIGHT, MARK HOSEY, PHILLIP MICHEL, SAMUEL NANCE, GARY COOPER, KEENAN YOUNG

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS

    F. Name of judge to whom case was assigned: JUDGE ELAINE E. BUCKLO

    G. Basic claim made: RELIGIOUS INFRINGEMENT

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: JACKSON, et al. VS. SHERIFF OF COOK COUNTY, et al., No. (06 C 493)

B. Approximate date of filing lawsuit: DECEMBER 14, 2006

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ROBERT JACKSON, et al.

D. List all defendants: SHERIFF OF COOK COUNTY AND COOK COUNTY, ILLINOIS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS

F. Name of judge to whom case was assigned: JUDGE DAVID H. COAR

G. Basic claim made: JAIL'S PRACTICE AND/OR POLICY OF STRIP SEARCHING

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: JERMAINE WALKER VS. I.D.O.C., NO. (04 CC 0223)

B. Approximate date of filing lawsuit: AUGUST 5, 2003

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: JERMAINE WALKER

D. List all defendants: ILLINOIS DEPARTMENT OF CORRECTIONS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): COURT OF CLAIMS, COOK COUNTY

F. Name of judge to whom case was assigned: JUDGE STEFFAN

G. Basic claim made: PERSONAL INJURY

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENGING

I. Approximate date of disposition: CLOSED (4/7/06) and REOPEN (6/15/07)

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) Defendants are the Sheriff of Cook County, Illinois. The Sheriff is sued in his official capacity, only. Plaintiff joins Cook County in this action.

2.) On and after February 4, 2004, Plaintiff was admitted to the Cook County Jail as a pre-trial detainee.

3.) As part of his admission to the jail, Plaintiff was subjected to the non-consensual insertion of a swab into his penis.

4.) The insertion of a swab into the Plaintiff's penis unreasonably invaded his privacy and caused him extreme discomfort.

5.) The insertion of a swab into Plaintiff's

penis was conducted in accordance with an explict policy of the Sheriff of Cook County or, in the alternative, with a practice that was so permanent and well-settled at the Cook County Jail that it constitutes a custom or usage with the force of law.

6.) As the direct and proximate result of the above referred policy of Defendant Sheriff, Plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendments.

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

- Plaintiff want federal charges or penalties imposed upon Defendants.
- Plaintiff want Judgment to be granted in his favor and against Defendants in an amount in excess of two million dollars ($2,000,000.00).

VI.  The plaintiff demands that the case be tried by a jury.   ☐ YES   ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __19TH__ day of __MARCH__, 20 __08__

_Jermaine Walker_

(Signature of plaintiff or plaintiffs)

JERMAINE WALKER

(Print name)

B-52757

(I.D. Number)

HILL C.C.

P.O. BOX 1700

GALESBURG, IL. 61401

(Address)