**PRISONER CASE**

R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet



APR 01 2008

FILED

APR 0 1 2008  NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **Plaintiff(s):** JERMAINE WALKER | **Defendant(s):** | SHERIFF OF COOK COUNTY, et al. |
| **County of Residence:** KNOX | **County of Residence:** | |
| **Plaintiff's Address:** | **Defendant's Attorney:** | |

Jermaine Walker
B-52757
Hill - HIL
P.O. Box 1700
Galesburg, IL 61401

08CV 1866
JUDGE BUCKLO
MAGISTRATE JUDGE BROWN

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 04/01/2008

Bucklo 08C1542
Brown