**FILED**

APR 0 1 2008

APR - 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

JERMAINE WALKER
_____
Plaintiff

v.

SHERIFF OF COOK COUNTY, et al.
_____
Defendant(s)

08CV 1866
JUDGE BUCKLO
MAGISTRATE JUDGE BROWN

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **Jermaine Walker**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # **B-52757**  Name of prison or jail: **HILL CORRECTIONAL CENTER**
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: **$5.48**

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: **FEB. 20, 2006**
      Monthly salary or wages: **$2,000.00**
      Name and address of last employer: **FULL-TIME STUDENT, SELF-EMPLOYED BARBER, AUTO MECHANIC, NASHVILLE, TN. 37208**

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes  ☒No
      Amount _____  Received by _____

b. ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount _____ Received by _____

c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount _____ Received by _____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐ Yes    ☒ No
Amount _____ Received by _____

e. ☐ Gifts or ☒ inheritances    ☐ Yes    ☐ No
Amount  1959.56  Received by  Jacqueline Bass, ESTATE

f. ☐ Any other sources (state source: _____ )    ☐ Yes    ☒ No
Amount _____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☒ No    Total amount: _____
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☒ No
Property: _____ Current Value: _____
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☒ No
Address of property: _____
Type of property: _____ Current value: _____
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐ Yes    ☒ No
Property: _____
Current value: _____
In whose name held: _____ Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __MAR. 19, 2008__        _____Jermine Walker_____
                                         Signature of Applicant

                                    _____Jermaine Walker_____
                                              (Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, __Jermaine Walker__, I.D.# __B52757__, has the sum of $ __1,337.07__ on account to his/her credit at (name of institution) __Hill C.C.__.
I further certify that the applicant has the following securities to his/her credit: __NONE__. I further certify that during the past six months the applicant's average monthly deposit was $ __252.53__.
(Add all deposits from all sources and then <u>divide</u> by number of months).

__3-31-08__                         _____Cheryl Aplin_____
    DATE                           SIGNATURE OF AUTHORIZED OFFICER

                                    _____Cheryl Aplin_____
                                           (Print name)

rev. 10/10/2007

Date: 3/21/2008  
Time: 10:49am  
d_list_inmate_trans_statement_composite

**Hill Correctional Center**  
**Trust Fund**  
View Transactions

Page 1

**Inmate: B52757 Walker, Jermaine**                    **Housing Unit: HIL-R2-C -13**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 02/14/08 | Mail Room | 04 Intake and Transfers In | 045215 | 65896 | Pontiac C.C. | 1,404.69 | 1,404.69 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-13-2008, DOC: 523 Fund Inma, Inv. Date: 02/13/2008 | -1.48 | 1,403.21 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,402.80 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,402.39 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,401.98 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,401.57 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,401.16 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,400.75 |
| 02/20/08 | Mail Room | 10 Western Union - Not Held | 051200 | 2532758059 | WHITIFIELD, SHEERENE | 100.00 | 1,500.75 |
| 02/21/08 | Point of Sale | 60 Commissary | 052724 | 421928 | Commissary | -29.62 | 1,471.13 |
| 03/01/08 | Mail Room | 04 Intake and Transfers In | 061215 | 66035 | Pontiac C.C. | -5.00 | 1,466.13 |
| 03/04/08 | Disbursements | 88 Miscellaneous Payables | 064326 | Chk #96360 | 03/03, Dorothy Brown, Inv. Date: 03/03/2008 | -65.00 | 1,401.13 |
| 03/12/08 | Payroll | 20 Payroll Adjustment | 072179 | | P/R month of 02/2008 | 5.98 | 1,407.11 |
| 03/17/08 | Disbursements | 84 Library | 077363 | Chk #96515 | 03-17-08, IDOC Central IBF, Inv. Date: 03/17/2008 | -7.55 | 1,399.56 |
| 03/17/08 | Disbursements | 84 Library | 077363 | Chk #96515 | 03-04-08, IDOC Central IBF, Inv. Date: 03/04/2008 | -1.80 | 1,397.76 |
| 03/17/08 | Disbursements | 84 Library | 077363 | Chk #96515 | 03-17-08, IDOC Central IBF, Inv. Date: 03/17/2008 | -10.10 | 1,387.66 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-03-08, DOC: 523 Fund Inmate, Inv. Date: 03/03/2008 | -1.65 | 1,386.01 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-11-08, DOC: 523 Fund Inmate, Inv. Date: 03/11/2008 | -.41 | 1,385.60 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-13-08, DOC: 523 Fund Inmate, Inv. Date: 03/13/2008 | -1.99 | 1,383.61 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-06-08, DOC: 523 Fund Inmate, Inv. Date: 03/06/2008 | -.41 | 1,383.20 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03/03, DOC: 523 Fund Inmate Re, Inv. Date: 03/03/2008 | -1.65 | 1,381.55 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-13-08, DOC: 523 Fund Inmate, Inv. Date: 03/13/2008 | -.41 | 1,381.14 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-13-08, DOC: 523 Fund Inmate, Inv. Date: 03/13/2008 | -4.60 | 1,376.54 |
| 03/17/08 | Disbursements | 80 Postage | 077363 | Chk #96527 | 03/05, DOC: 523 Fund Inmate Re, Inv. Date: 03/05/2008 | -2.82 | 1,373.72 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-11-08, DOC: 523 Fund Inmate, Inv. Date: 03/11/2008 | -4.60 | 1,369.12 |
| 03/18/08 | Point of Sale | 60 Commissary | 078721 | 424663 | Commissary | -29.91 | 1,339.21 |
| 03/19/08 | Mail Room | 04 Intake and Transfers In | 079215 | 66186 | Pontiac C.C. | 2.04 | 1,341.25 |

|  |  |
|---:|---:|
| Total Inmate Funds: | 1,341.25 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.18 |
| Funds Available: | 1,337.07 |
| Total Furloughs: | .00 |

Date: 3/21/2008     **Hill Correctional Center**     Page 2
Time: 10:49am     **Trust Fund**
d_list_inmate_trans_statement_composite     View Transactions

**Inmate: B52757 Walker, Jermaine**     **Housing Unit: HIL-R2-C -13**

| | |
|---|---:|
| Total Inmate Funds: | 1,341.25 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.18 |
| Funds Available: | 1,337.07 |
| Total Voluntary Restitutions: | .00 |

```
        0 · *

        0 · *

        2 · 45 ÷
   1,404 · 69 +
      100 · 00 +
        5 · 98 +
        2 · 04 +
    1,515 · 16 ◊

    1,515 · 16 ÷
        6 · =
      252 · 53 *

        0 · *
```

Date: 3/21/2008
Time: 10:32am
d_list_inmate_trans_statement_composite

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 09/15/2007 thru End; Inmate: B52757; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B52757 Walker, Jermaine**            **Housing Unit: PON-WR-03-17**                        **Transferred**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 2,385.76 |
| 10/04/07 | Point of Sale | 60 Commissary | 277703 | 254915 | Commissary | -49.34 | 2,336.42 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 519810, DOC - Library Copies, Inv. Date: 10/10/2007 | -4.80 | 2,331.62 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 518100, DOC - Library Copies, Inv. Date: 09/18/2007 | -.65 | 2,330.97 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 519415, DOC - Library Copies, Inv. Date: 10/03/2007 | -.80 | 2,330.17 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 518374, DOC - Library Copies, Inv. Date: 09/20/2007 | -.70 | 2,329.47 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 518099, DOC - Library Copies, Inv. Date: 09/18/2007 | -2.00 | 2,327.47 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519512, Pitney Bowes Bank, Inc, Inv. Date: 10/04/2007 | -1.48 | 2,325.99 |
| 10/15/07 | Disbursements | 80 Postage | 288320 | Chk #64702 | 518767, Pitney Bowes Bank, Inc, Inv. Date: 09/26/2007 | -.41 | 2,325.58 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518167, Pitney Bowes Bank, Inc, Inv. Date: 09/18/2007 | -.97 | 2,324.61 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518574, Pitney Bowes Bank, Inc, Inv. Date: 09/24/2007 | -.41 | 2,324.20 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 517926, Pitney Bowes Bank, Inc, Inv. Date: 09/17/2007 | -.41 | 2,323.79 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518237, Pitney Bowes Bank, Inc, Inv. Date: 09/20/2007 | -.41 | 2,323.38 |
| 10/15/07 | Disbursements | 80 Postage | 288320 | Chk #64702 | 518215, Pitney Bowes Bank, Inc, Inv. Date: 09/18/2007 | -.41 | 2,322.97 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518182, Pitney Bowes Bank, Inc, Inv. Date: 09/18/2007 | -.41 | 2,322.56 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 517927, Pitney Bowes Bank, Inc, Inv. Date: 09/17/2007 | -.41 | 2,322.15 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519509, Pitney Bowes Bank, Inc, Inv. Date: 10/04/2007 | -.41 | 2,321.74 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519513, Pitney Bowes Bank, Inc, Inv. Date: 10/04/2007 | -2.84 | 2,318.90 |
| 11/02/07 | Point of Sale | 60 Commissary | 306767 | 257224 | Commissary | -28.73 | 2,290.17 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 522523, DOC - Library Copies, Inv. Date: 11/09/2007 | -.20 | 2,289.97 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 521898, DOC - Library Copies, Inv. Date: 11/01/2007 | -.20 | 2,289.77 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 521665, DOC - Library Copies, Inv. Date: 10/30/2007 | -.20 | 2,289.57 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 521262, DOC - Library Copies, Inv. Date: 10/25/2007 | -.15 | 2,289.42 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 522376, DOC - Library Copies, Inv. Date: 11/07/2007 | -1.30 | 2,288.12 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 520713, DOC - Library Copies, Inv. Date: 10/18/2007 | -1.00 | 2,287.12 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 522259, DOC - Library Copies, Inv. Date: 11/06/2007 | -.10 | 2,287.02 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522439, Pitney Bowes Bank, Inc, Inv. Date: 11/08/2007 | -.41 | 2,286.61 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522316, Pitney Bowes Bank, Inc, Inv. Date: 11/07/2007 | -1.82 | 2,284.79 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522321, Pitney Bowes Bank, Inc, Inv. Date: 11/07/2007 | -.41 | 2,284.38 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522322, Pitney Bowes Bank, Inc, Inv. Date: 11/07/2007 | -.41 | 2,283.97 |

Date: 3/21/2008
Time: 10:32am
d_list_inmate_trans_statement_composite

Pontiac Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 09/15/2007 thru End;   Inmate: B52757;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B52757 Walker, Jermaine**  **Housing Unit: PON-WR-03-17**  **Transferred**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522649, Pitney Bowes Bank, Inc, Inv. Date: 11/13/2007 | -.41 | 2,283.56 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522323, Pitney Bowes Bank, Inc, Inv. Date: 11/07/2007 | -.41 | 2,283.15 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522425, Pitney Bowes Bank, Inc, Inv. Date: 11/08/2007 | -5.38 | 2,277.77 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 521330, Pitney Bowes Bank, Inc, Inv. Date: 10/25/2007 | -.58 | 2,277.19 |
| 11/13/07 | Disbursements | 80 Postage | 317320 | Chk #65001 | 521529, Pitney Bowes Bank, Inc, Inv. Date: 10/29/2007 | -4.90 | 2,272.29 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522650, Pitney Bowes Bank, Inc, Inv. Date: 11/13/2007 | -.41 | 2,271.88 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 521319, Pitney Bowes Bank, Inc, Inv. Date: 10/25/2007 | -.58 | 2,271.30 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 520932, Pitney Bowes Bank, Inc, Inv. Date: 10/22/2007 | -.41 | 2,270.89 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522217, Pitney Bowes Bank, Inc, Inv. Date: 11/06/2007 | -.41 | 2,270.48 |
| 11/16/07 | Disbursements | 88 Utilities | 320320 | Chk #65083 | 11/16/07, Whitfield, Sheerene, Inv. Date: 11/16/2007 | -500.00 | 1,770.48 |
| 12/06/07 | Point of Sale | 60 Commissary | 340774 | 260080 | Commissary | -286.35 | 1,484.13 |
| 12/12/07 | Point of Sale | 60 Commissary | 346774 | 260579 | Commissary | 13.25 | 1,497.38 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 524591, DOC - Library Copies, Inv. Date: 12/04/2007 | -.45 | 1,496.93 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 524157, DOC - Library Copies, Inv. Date: 11/30/2007 | -6.20 | 1,490.73 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 524772, DOC - Library Copies, Inv. Date: 12/05/2007 | -.15 | 1,490.58 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 523832, DOC - Library Copies, Inv. Date: 11/28/2007 | -.80 | 1,489.78 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 523834, DOC - Library Copies, Inv. Date: 11/28/2007 | -10.20 | 1,479.58 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 523833, DOC - Library Copies, Inv. Date: 11/28/2007 | -5.20 | 1,474.38 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 525661, DOC - Library Copies, Inv. Date: 12/11/2007 | -1.25 | 1,473.13 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 525060, Pitney Bowes Bank, Inc, Inv. Date: 12/07/2007 | -.41 | 1,472.72 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 524059, Pitney Bowes Bank, Inc, Inv. Date: 11/29/2007 | -1.65 | 1,471.07 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 524061, Pitney Bowes Bank, Inc, Inv. Date: 11/29/2007 | -4.60 | 1,466.47 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 524802, Pitney Bowes Bank, Inc, Inv. Date: 12/06/2007 | -5.21 | 1,461.26 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 524327, Pitney Bowes Bank, Inc, Inv. Date: 12/03/2007 | -.41 | 1,460.85 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 524323, Pitney Bowes Bank, Inc, Inv. Date: 12/03/2007 | -.41 | 1,460.44 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 523349, Pitney Bowes Bank, Inc, Inv. Date: 11/20/2007 | -.41 | 1,460.03 |
| 12/12/07 | Disbursements | 80 Postage | 346320 | Chk #65376 | 523942, Pitney Bowes Bank, Inc, Inv. Date: 11/28/2007 | -.41 | 1,459.62 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 523868, Pitney Bowes Bank, Inc, Inv. Date: 11/28/2007 | -9.85 | 1,449.77 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 523869, Pitney Bowes Bank, Inc, Inv. Date: 11/28/2007 | -1.48 | 1,448.29 |

Date: 3/21/2008  
Time: 10:32am  
d_list_inmate_trans_statement_composite

Case 1:08-cv-01866  Document 3  Filed 04/01/2008  Page 8 of 9

Pontiac Correctional Center  
Trust Fund  
Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 09/15/2007 thru End; Inmate: B52757; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B52757 Walker, Jermaine**     **Housing Unit: PON-WR-03-17**     **Transferred**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/12/07 | Disbursements | 80 Postage | 346320 | Chk #65376 | 524434, Pitney Bowes Bank, Inc, Inv. Date: 12/03/2007 | -.41 | 1,447.88 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 523331, Pitney Bowes Bank, Inc, Inv. Date: 11/20/2007 | -1.48 | 1,446.40 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 525681, Pitney Bowes Bank, Inc, Inv. Date: 12/12/2007 | -.92 | 1,445.48 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 525683, Pitney Bowes Bank, Inc, Inv. Date: 12/12/2007 | -.41 | 1,445.07 |
| 12/12/07 | Disbursements | 80 Postage | 346320 | Chk #65376 | 525712, Pitney Bowes Bank, Inc, Inv. Date: 12/12/2007 | -4.60 | 1,440.47 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 525682, Pitney Bowes Bank, Inc, Inv. Date: 12/12/2007 | -.58 | 1,439.89 |
| 01/03/08 | Point of Sale | 60 Commissary | 003734 | 262226 | Commissary | -25.67 | 1,414.22 |
| 01/14/08 | Disbursements | 88 Filing Fee | 014320 | Chk #65572 | 01/14/08, Clerk of Circuit Cou, Inv. Date: 01/14/2008 | -60.00 | 1,354.22 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 527774, DOC: Library Copies, Inv. Date: 01/04/2008 | -.05 | 1,354.17 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 527776, DOC: Library Copies, Inv. Date: 01/04/2008 | -.80 | 1,353.37 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 526544, DOC: Library Copies, Inv. Date: 12/19/2007 | -.10 | 1,353.27 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 525960, DOC: Library Copies, Inv. Date: 12/13/2007 | -.30 | 1,352.97 |
| 01/15/08 | Disbursements | 90 Medical Co-Pay | 015320 | Chk #65579 | 526114, DOC: 523 Fund Reimburs, Inv. Date: 12/14/2007 | -2.00 | 1,350.97 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 526618, Pitney Bowes Bank, Inc, Inv. Date: 12/19/2007 | -.41 | 1,350.56 |
| 02/07/08 | AP Correction | 88 Filing Fee | 038520 | Chk #65572 Voided | 01/14/08 - Clerk of Circuit Co | 60.00 | 1,410.56 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039120 | | P/R month of 01/2008 | 2.45 | 1,413.01 |
| 02/08/08 | Disbursements | 99 Transfer Inmate | 039320 | Chk #65896 | Hill CC, Inv. Date: 02/08/2008 | -1,404.69 | 8.32 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 529666, DOC: Library Copies, Inv. Date: 01/28/2008 | -1.80 | 6.52 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 529667, DOC: Library Copies, Inv. Date: 01/28/2008 | -.20 | 6.32 |
| 02/13/08 | Disbursements | 81 Legal Postage | 044320 | Chk #65997 | 529304, Pitney Bowes Bank, Inc, Inv. Date: 01/24/2008 | -4.60 | 1.72 |
| 02/13/08 | Disbursements | 81 Legal Postage | 044320 | Chk #65997 | 529305, Pitney Bowes Bank, Inc, Inv. Date: 01/24/2008 | -.41 | 1.31 |
| 02/13/08 | Disbursements | 81 Legal Postage | 044320 | Chk #65997 | 528988, Pitney Bowes Bank, Inc, Inv. Date: 01/22/2008 | -1.31 | .00 |
| 02/22/08 | Disbursements | 99 Transfer Inmate | 053320 | Chk #66035 | Hill CC, Inv. Date: 02/22/2008 | 5.00 | 5.00 |
| 03/07/08 | Payroll | 20 Payroll Adjustment | 067120 | | P/R month of 02/2008 | 2.04 | 7.04 |
| 03/07/08 | Disbursements | 99 Transfer Inmate | 067320 | Chk #66186 | Hill CC, Inv. Date: 03/07/2008 | -2.04 | 5.00 |
| 03/12/08 | Disbursements | 82 Debts due to State (non-postage) | 072320 | Chk #66242 | 530864, DOC: 523 Fund Reimburs, Inv. Date: 02/11/2008 | -5.00 | .00 |

Date: 3/21/2008  
Time: 40:32am  
d_list_inmate_trans_statement_composite

**Pontiac Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement

Page 4

REPORT CRITERIA - Date: 09/15/2007 thru End;   Inmate: B52757;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B52757 Walker, Jermaine**              **Housing Unit: PON-WR-03-17**     **Transferred**

| | |
|---|---:|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |