April 21, 2008

"_EMERGENCY_"

MHN

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 S. Dearborn St.
Chicago, Ill. 60604

FILED
APR 2 8 2008
4-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Correspondent:

RE: NO. 08 C 1866

  First of all, Plaintiff desires to pursue this Class Case No. (06 C 0493 N.D. ILL) separate and as a independent lawsuit. Class Counsel Kenneth Flaxman was notified on numerous occasions.

  Most importantly, Plaintiff objected to settlement and class action on (Sept. 17, 2007 and Sept. 25, 2007) by serving the Claim Administrator a hand written opt-out motion and a court's opt-out form.

  Enclosed are attached exhibits; (EX. "A", hand written opt-out motion returned 9/21/07), (EX. "B", Court's opt-out form dated 9/25/07), (EX. "C", Postage receipt INVOICE # 518767 dated 9/26/07), (EX. "D", Postage receipt INVOICE # 518215 dated 9/18/07), (Postage receipt INVOICE # 518167 dated 9/18/07, EX. "E").

  Please can you confirm this correspondence and exhibits by sending a certified notice of receipt. Thank You!

Sincerely,
Jermaine Walker

(EXHIBIT "A")

*Not to be sent to the Court — Did not use "opt-out form"*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ROBERT JACKSON, et al.,
   Plaintiffs,
-vs-
SHERIFF OF COOK COUNTY, et al.,
   Defendants.

NO. 06-CV-493

JUDGE COAR

**NOTICE OF FILING**

**RETURNED**
SEP 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Claims Administrator
P.O. BOX 4602
Oak Park, Ill. 60303

Please take notice that on September 17, 2007, the attached Written Objection And Opt-Out Form, was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

By: *Jermaine Walker*
JERMAINE WALKER (852757)
PONTIAC — PON
P.O. BOX 99
PONTIAC, ILLINOIS 61764
PRO SE

**CERTIFICATE OF SERVICE**

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by mail at Pontiac Correctional Center on September 17, 2007.

*Jermaine Walker*
PLAINTIFF

page 1 of 2

**RETURNED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SEP 2 1 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ROBERT JACKSON, et al.,
Plaintiffs,

-vs-

SHERIFF OF COOK COUNTY, et al.,
Defendants.

NO. 06-CV-493

JUDGE COAR

## OPT OUT FORM

Now Comes the plaintiff, JERMAINE WALKER, by and Pro Se, hereby have read and Objected to the Notice of Settlement which came with a Claim Form. I do not desire to participate as a member of the class action in the above named case. I understand that by signing this form, I will not be represented by class counsel, but must proceed on my own.

SEPTEMBER 17, 2007

RESPECTFULLY SUBMITTED,

By: _Jermaine Walker_

JERMAINE WALKER (B52757)
PONTIAC – PON
P.O. BOX 99
PONTIAC, ILLINOIS 61764
PRO SE

page 2 of 2

(EXHIBIT "B")

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT JACKSON, et al., )
)
  Plaintiffs, )
) No. 06 CV 493
-vs- )
) (Judge Coar)
SHERIFF OF COOK COUNTY et al., )
)
  Defendants. )

## OPT-OUT FORM

I have read the notice which came with this opt-out form and I do not desire to participate as a member of the class in the above named case. I understand that by signing this form, I will not be represented by class counsel, but must proceed on my own.

Dated: 9/25/07

_Jermaine Walker_
name

700 W. Lincoln, P.O. Box 99
address

Pontiac, Illinois 61764
city / state / zip

If you do not wish to participate in this case, you must return this opt-out form to the Claims Administrator, P.O. Box 4602, Oak Park, Illinois 60303 by October 8, 2007. This means that the form must be received by the Claims Administrator by October 8, 2007, and not simply put in the mail by then.

(EXHIBITS "C")

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____    Date  9/25/07

Offender Name  Jermaine Walker    ID#  B52757    Housing Unit  E-607

Pay to  Claims Administrator

Address  P.O. Box 4602

City, State, Zip  Oak Park, Ill. 60303

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of  Postage - Opt-Out Notice

☐ I hereby authorize payment of postage for the attached mail. .  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature  Jermaine Walker    ID#  B52757

Witness Signature _____

☐ Approved  ☐ Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and  41  cents.  518767   9/26/07

Distribution: Business Office, Offender

DOC 0296 (Eff. 1/2006)
(Replaces DC 829)

Printed on Recycled Paper

(EXHIBITS "D")

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____  Date __9/17/07__

Offender Name __Jermayne Walker__  ID# __B52757__  Housing Unit __E-607__

Pay to __Claims Administrator__

Address __P.O. Box 4602__

City, State, Zip __Oak Park, Ill. 60303__

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of __Legal Postage__

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature __Jermaine Walker__  ID# __B52757__

Witness Signature _____

☐ Approved  ☐ Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and __41__ cents.  __518215__  __9/18/07__

Distribution: Business Office, Offender

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Printed on Recycled Paper

(EXHIBITS "E")

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document #: _____ Date: 9/17/07

Offender Name: Jermaine Walker  ID# B52757  Housing Unit: E-607

Pay to: Prisoner Correspondent, Clerk Office, U.S. District Court

Address: 219 S. Dearborn St.

City, State, Zip: Chicago, Ill. 60604

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of Legal Notice of Filing Opt-form

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature: Jermaine Walker  ID# B52757

Witness Signature: _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature: _____

Postage applied in the amount of _____ dollars and .97 cents.  518167  9/18/07

legal

Distribution: Business Office, Offender

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 628)