

July 9, 2008

Page 1 of 2

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 S. Dearborn St.
Chicago, Ill. 60604

Jul 15, 2008
FILED
JUL 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Correspondent:
NO. 08 C 1866

    First and foremost, on April 21, 2008, Plaintiff's emergency letter [7] was clearly accompanied with substantiated exhibits, written objection and opt-out motion, duplicate opt-out form, and two (P-96) mailing receipts showing proof that the above-mentioned documents were served and mailed out before October 8, 2007 deadline.

    Second of all, the initial date of the complaint is in conjunction and refers to the class action filed date (Jackson v. Sheriff of Cook County, et al. NO. 06 C 493 (N.D. Ill.)), and any class member who objected or opt-out of settlement agreement before October 8, 2007, Judge's Coar deadline was allowed to proceed claims seperately.

    More importantly, Plaintiff complied with Judge Coar's Notice of Settlement of Class action by opt-out of class before deadline of which copies of supporting documents were attached

Case 1:08-cv-01866  Document 9  Filed 07/15/2008  Page 2 of 2

page 2 of 2

to Plaintiff's emergency letter Doc. [7]

So therefore, Plaintiff shall be allowed to amend the above complaint to reflect a continuation of class action claim (No. 06 C 493) as an independent lawsuit.

In closing, Plaintiff highly demands counsel be appointed to this complexed lawsuit. Nowadays, Plaintiff's current trust fund balance has changed, and he intends to forward updated informa pauperis papers as soon as Authorities render present documents.

JULY 9, 2008

RESPECTFULLY SUBMITTED,

Jermaine Walker

Jermaine Walker
B-52757
600 S. Linwood Rd.
Galesburg, IL. 61402