FILED
JUL 22 2008
JUL 2 2 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

__JERMAINE WALKER__
Plaintiff

v.

__SHERIFF of COOK COUNTY, et al.__
Defendant(s)

CASE NUMBER __08 C 1866__

JUDGE __ELAINE E. BUCKLO__

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Jermaine Walker__, declare that I am the ☒plaintiff ☐petitioner ☒movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # __B-52757__   Name of prison or jail: __HILL CORRECTION CENTER__
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: __$2.91__

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: __FEB. 20, 2006__
      Monthly salary or wages: __$2,000.00__
      Name and address of last employer: __FULL-TIME STUDENT, SELF-EMPLOYED BARBER, AUTO MECHANIC, NASHVILLE, TN. 37208__

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                           ☐Yes   ☒No
      Amount _____   Received by _____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☑No
    Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☑No
    Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
            ☐Yes    ☑No
    Amount_____ Received by_____

    e.    ☐ Gifts or ☑ inheritances    ☐Yes    ☐No
    Amount __1,959.56__ Received by __Jacqueline Bass, ESTATE__

    f.    ☐Any other sources (state source:_____) ☐Yes    ☑No
    Amount_____ Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☐No    Total amount:_____
    In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☑No
    Property:_____ Current Value:_____
    In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☑No
    Address of property:_____
    Type of property:_____ Current value:_____
    In whose name held:_____ Relationship to you:_____
    Amount of monthly mortgage or loan payments:_____
    Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
            ☐Yes    ☑No
    Property:_____
    Current value:_____
    In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☑No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: JULY 9, 2008

_Jermaine Walker_
Signature of Applicant

JERMAINE WALKER
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Jermaine Walker, I.D.# B52757, has the sum of $556.68 on account to his/her credit at (name of institution) Hill C.C.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $262.22.
(Add all deposits from all sources and then divide by number of months).

7-10-08
DATE

_Cheryl Aplin_
SIGNATURE OF AUTHORIZED OFFICER

Cheryl Aplin
(Print name)

rev. 10/10/2007

Date: 7/10/2008
Time: 2:22pm
d_list_inmate_trans_statement_composite

Hill Correctional Center
Trust Fund
View Transactions

Page 3

**Inmate:** B52757 Walker, Jermaine   **Housing Unit:** HIL-R2-C -13

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/17/08 | Disbursements | 84 Library | 169363 | Chk #97413 | 06-17-08, IDOC Central IBF, Inv. Date: 06/17/2008 | -5.00 | 750.38 |
| 06/17/08 | Disbursements | 84 Library | 169363 | Chk #97413 | 06-13-08, IDOC Central IBF, Inv. Date: 06/13/2008 | -.50 | 749.88 |
| 06/17/08 | Disbursements | 84 Library | 169363 | Chk #97413 | 05/27/2008, IDOC Central IBF, Inv. Date: 05/27/2008 | -.30 | 749.58 |
| 06/17/08 | Disbursements | 81 Legal Postage | 169363 | Chk #97414 | 06-05-08, DOC: 523 Fund Inmate, Inv. Date: 06/05/2008 | -.42 | 749.16 |
| 06/17/08 | Disbursements | 81 Legal Postage | 169363 | Chk #97414 | 06-13-08, DOC: 523 Fund Inmate, Inv. Date: 06/13/2008 | -.42 | 748.74 |
| 06/17/08 | Disbursements | 80 Postage | 169363 | Chk #97414 | 06-11-08, DOC: 523 Fund Inmate, Inv. Date: 06/11/2008 | -2.70 | 746.04 |
| 06/17/08 | Disbursements | 81 Legal Postage | 169363 | Chk #97414 | 06/02/2008, DOC: 523 Fund Inma, Inv. Date: 06/02/2008 | -.52 | 745.52 |
| 06/17/08 | Disbursements | 81 Legal Postage | 169363 | Chk #97414 | 06/02/2008, DOC: 523 Fund Inma, Inv. Date: 06/02/2008 | -.42 | 745.10 |
| 06/17/08 | Disbursements | 81 Legal Postage | 169363 | Chk #97414 | 06-11-08, DOC: 523 Fund Inmate, Inv. Date: 06/11/2008 | -2.02 | 743.08 |
| 06/17/08 | Disbursements | 80 Postage | 169363 | Chk #97414 | 06-11-08, DOC: 523 Fund Inmate, Inv. Date: 06/11/2008 | -6.75 | 736.33 |
| 06/17/08 | Disbursements | 81 Legal Postage | 169363 | Chk #97414 | 06/02/2008, DOC: 523 Fund Inma, Inv. Date: 06/02/2008 | -.42 | 735.91 |
| 06/20/08 | Point of Sale | 60 Commissary | 172721 | 431805 | Commissary | -166.81 | 569.10 |
| 06/30/08 | Disbursements | 81 Legal Postage | 182363 | Chk #97502 | 06-27-08, DOC: 523 Fund Inmate, Inv. Date: 06/27/2008 | -1.34 | 567.76 |
| 06/30/08 | Disbursements | 81 Legal Postage | 182363 | Chk #97502 | 06-27-08, DOC: 523 Fund Inmate, Inv. Date: 06/27/2008 | -1.34 | 566.42 |
| 06/30/08 | Disbursements | 81 Legal Postage | 182363 | Chk #97502 | 06-20-08, DOC: 523 Fund Inmate, Inv. Date: 06/20/2008 | -.42 | 566.00 |

|  |  |
|---|---|
| Total Inmate Funds: | 566.00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 9.92 |
| Funds Available: | 556.08 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

```
        0 · *
        2 · 45 +
        2 · 04 +
    1,404 · 69 +
      100 · 00 +
        5 · 98 +
        7 · 46 +
       30 · 00 +
        2 · 94 +
       10 · 00 +
        7 · 74 +
    1,573 · 30 ◊

    1,573 · 30 ÷
        6 · =
      262 · 22 *

        0 · *
```

Date: 7/10/2008
Time: 2:22pm
d_list_inmate_trans_statement_composite

Case 1:08-cv-01866  Document 10  Filed 07/22/2008  Page 5 of 7

Hill Correctional Center
Trust Fund
View Transactions

Page 2

**Inmate:** B52757 Walker, Jermaine  **Housing Unit:** HIL-R2-C -13

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/17/08 | Disbursements | 81 Legal Postage | 108363 | Chk #96876 | 03-21-08, DOC: 523 Fund Inmate, Inv. Date: 03/21/2008 | -.41 | 736.25 |
| 04/17/08 | Disbursements | 81 Legal Postage | 108363 | Chk #96876 | 04-01-08, DOC: 523 Fund Inmate, Inv. Date: 04/01/2008 | -3.79 | 732.46 |
| 04/17/08 | Disbursements | 81 Legal Postage | 108363 | Chk #96876 | 04-03-08, DOC: 523 Fund Inmate, Inv. Date: 04/03/2008 | -.58 | 731.88 |
| 04/17/08 | Disbursements | 81 Legal Postage | 108363 | Chk #96876 | 04-01-08, DOC: 523 Fund Inmate, Inv. Date: 04/01/2008 | -.41 | 731.47 |
| 04/17/08 | Disbursements | 81 Legal Postage | 108363 | Chk #96876 | 03-21-08, DOC: 523 Fund Inmate, Inv. Date: 03/21/2008 | -.41 | 731.06 |
| 04/17/08 | Disbursements | 81 Legal Postage | 108363 | Chk #96876 | 04-03-08, DOC: 523 Fund Inmate, Inv. Date: 04/03/2008 | -4.60 | 726.46 |
| 04/17/08 | Disbursements | 81 Legal Postage | 108363 | Chk #96876 | 03-26-08, DOC: 523 Fund Inmate, Inv. Date: 03/26/2008 | -2.33 | 724.13 |
| 04/17/08 | Disbursements | 80 Postage | 108363 | Chk #96876 | 03-25-08, DOC: 523 Fund Inmate, Inv. Date: 03/25/2008 | -2.33 | 721.80 |
| 04/17/08 | Disbursements | 80 Postage | 108363 | Chk #96876 | 04-03-08, DOC: 523 Fund Inmate, Inv. Date: 04/03/2008 | -.58 | 721.22 |
| 04/17/08 | Disbursements | 81 Legal Postage | 108363 | Chk #96876 | 03-21-08, DOC: 523 Fund Inmate, Inv. Date: 03/21/2008 | -1.31 | 719.91 |
| 04/24/08 | AP Correction | 88 12 certified disposition | 115563 | Chk #96682 Voided | 04-02-08 - CLERK OF THE COURT | 108.00 | 827.91 |
| 05/04/08 | Mail Room | 10 Western Union - Not Held | 125200 | 4142082612 | WHITIFIELD, SHEERENE | 30.00 | 857.91 |
| 05/06/08 | Point of Sale | 60 Commissary | 127705 | 427805 | Commissary | -79.35 | 778.56 |
| 05/07/08 | Disbursements | 88 filing fees CCR0011 and CCR0012 | 128363 | Chk #96989 | 05-07-08, Clerk Of The Circuit, Inv. Date: 05/07/2008 | -120.00 | 658.56 |
| 05/07/08 | Disbursements | 88 12 Certified Dispositions | 128363 | Chk #96990 | 08-07-08, Clerk Of The Circuit, Inv. Date: 05/07/2008 | -108.00 | 550.56 |
| 05/09/08 | Payroll | 20 Payroll Adjustment | 130179 | | P/R month of 04/2008 | 2.94 | 553.50 |
| 05/16/08 | Disbursements | 84 Library | 137363 | Chk #97109 | 05-13-08, IDOC Central IBF, Inv. Date: 05/13/2008 | -4.90 | 548.60 |
| 05/16/08 | Disbursements | 84 Library | 137363 | Chk #97109 | 05-13-08, IDOC Central IBF, Inv. Date: 05/13/2008 | -7.15 | 541.45 |
| 05/16/08 | Disbursements | 84 Library | 137363 | Chk #97109 | 05-13-08, IDOC Central IBF, Inv. Date: 05/13/2008 | -7.90 | 533.55 |
| 05/16/08 | Disbursements | 80 Postage | 137363 | Chk #97122 | 05-07-08, DOC: 523 Fund Inmate, Inv. Date: 05/07/2008 | -4.60 | 528.95 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137363 | Chk #97122 | 05-06-08, DOC: 523 Fund Inmate, Inv. Date: 05/06/2008 | -4.60 | 524.35 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137363 | Chk #97122 | 05-14-08, DOC: 523 Fund Inmate, Inv. Date: 05/14/2008 | -4.80 | 519.55 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137363 | Chk #97122 | 04-18-08, DOC: 523 Fund Inmate, Inv. Date: 04/18/2008 | -6.11 | 513.44 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137363 | Chk #97122 | 05-14-08, DOC: 523 Fund Inmate, Inv. Date: 05/14/2008 | -.42 | 513.02 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137363 | Chk #97122 | 05-06-08, DOC: 523 Fund Inmate, Inv. Date: 05/06/2008 | -.41 | 512.61 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137363 | Chk #97122 | 05-06-08, DOC: 523 Fund Inmate, Inv. Date: 05/06/2008 | -.97 | 511.64 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137363 | Chk #97122 | 05-14-08, DOC: 523 Fund Inmate, Inv. Date: 05/14/2008 | -1.17 | 510.47 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137363 | Chk #97122 | 05-06-08, DOC: 523 Fund Inmate, Inv. Date: 05/06/2008 | -.41 | 510.06 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137363 | Chk #97122 | 05-14-08, DOC: 523 Fund Inmate, Inv. Date: 05/14/2008 | -.42 | 509.64 |
| 06/10/08 | AP Correction | 88 12 Certified Dispositions | 162563 | Chk #96990 Voided | 08-07-08 - Clerk Of The Circui | 108.00 | 617.64 |
| 06/10/08 | AP Correction | 88 filing fees CCR0011 and CCR0012 | 162563 | Chk #95989 Voided | 05-07-08 - Clerk Of The Circui | 120.00 | 737.64 |
| 06/10/08 | Mail Room | 01 MO/Checks (Not Held) | 162215 | 11165713435 | Mason, Carolyn | 10.00 | 747.64 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165179 | | P/R month of 05/2008 | 7.74 | 755.38 |

```
Date:    7/10/2008                    Hill Correctional Center              Page 1
Time:    2:22pm                            Trust Fund
d_list_inmate_trans_statement_composite   View Transactions
```

Case 1:08-cv-01866    Document 10    Filed 07/22/2008    Page 6 of 7

**Inmate: B52757 Walker, Jermaine**          **Housing Unit: HIL-R2-C -13**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 02/14/08 | Mail Room | 04 Intake and Transfers In | 045215 | 65896 | Pontiac C.C. | 1,404.69 | 1,404.69 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-13-2008, DOC: 523 Fund Inma, Inv. Date: 02/13/2008 | -1.48 | 1,403.21 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,402.80 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,402.39 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,401.98 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,401.57 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,401.16 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,400.75 |
| 02/20/08 | Mail Room | 10 Western Union - Not Held | 051200 | 2532758059 | WHITIFIELD, SHEERENE | 100.00 | 1,500.75 |
| 02/21/08 | Point of Sale | 60 Commissary | 052724 | 421928 | Commissary | -29.62 | 1,471.13 |
| 03/01/08 | Mail Room | 04 Intake and Transfers In | 061215 | 66035 | Pontiac C.C. | -5.00 | 1,466.13 |
| 03/04/08 | Disbursements | 88 Miscellaneous Payables | 064326 | Chk #96360 | 03/03, Dorothy Brown, Inv. Date: 03/03/2008 | -65.00 | 1,401.13 |
| 03/12/08 | Payroll | 20 Payroll Adjustment | 072179 | | P/R month of 02/2008 | 5.98 | 1,407.11 |
| 03/17/08 | Disbursements | 84 Library | 077363 | Chk #96515 | 03-17-08, IDOC Central IBF, Inv. Date: 03/17/2008 | -7.55 | 1,399.56 |
| 03/17/08 | Disbursements | 84 Library | 077363 | Chk #96515 | 03-04-08, IDOC Central IBF, Inv. Date: 03/04/2008 | -1.80 | 1,397.76 |
| 03/17/08 | Disbursements | 84 Library | 077363 | Chk #96515 | 03-17-08, IDOC Central IBF, Inv. Date: 03/17/2008 | -10.10 | 1,387.66 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-03-08, DOC: 523 Fund Inmate, Inv. Date: 03/03/2008 | -1.65 | 1,386.01 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-11-08, DOC: 523 Fund Inmate, Inv. Date: 03/11/2008 | -.41 | 1,385.60 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-13-08, DOC: 523 Fund Inmate, Inv. Date: 03/13/2008 | -1.99 | 1,383.61 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-06-08, DOC: 523 Fund Inmate, Inv. Date: 03/06/2008 | -.41 | 1,383.20 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03/03, DOC: 523 Fund Inmate Re, Inv. Date: 03/03/2008 | -1.65 | 1,381.55 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-13-08, DOC: 523 Fund Inmate, Inv. Date: 03/13/2008 | -.41 | 1,381.14 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-13-08, DOC: 523 Fund Inmate, Inv. Date: 03/13/2008 | -4.60 | 1,376.54 |
| 03/17/08 | Disbursements | 80 Postage | 077363 | Chk #96527 | 03/05, DOC: 523 Fund Inmate Re, Inv. Date: 03/05/2008 | -2.82 | 1,373.72 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03-11-08, DOC: 523 Fund Inmate, Inv. Date: 03/11/2008 | -4.60 | 1,369.12 |
| 03/18/08 | Point of Sale | 60 Commissary | 078721 | 424663 | Commissary | -29.91 | 1,339.21 |
| 03/19/08 | Mail Room | 04 Intake and Transfers In | 079215 | 66186 | Pontiac C.C. | 2.04 | 1,341.25 |
| 03/24/08 | AP Correction | 88 Miscellaneous Payables | 084563 | Chk #96360 Voided | 03/03 - Dorothy Brown | 65.00 | 1,406.25 |
| 04/03/08 | Disbursements | 88 12 certified disposition | 094363 | Chk #96682 | 04-02-08, CLERK OF THE COURT D, Inv. Date: 04/02/2008 | -108.00 | 1,298.25 |
| 04/03/08 | Point of Sale | 60 Commissary | 094721 | 426140 | Commissary | -205.85 | 1,092.40 |
| 04/09/08 | Payroll | 20 Payroll Adjustment | 100179 | | P/R month of 03/2008 | 7.46 | 1,099.86 |
| 04/17/08 | Disbursements | 88 Case #08 C 1542 | 108363 | Chk #96826 | 04-16-08, Clerk Of The US Dist, Inv. Date: 04/16/2008 | -350.00 | 749.86 |
| 04/17/08 | Disbursements | 84 Library | 108363 | Chk #96863 | 04-14-08, IDOC Central IBF, Inv. Date: 04/14/2008 | -11.15 | 738.71 |
| 04/17/08 | Disbursements | 84 Library | 108363 | Chk #96863 | 03-19-08, IDOC Central IBF, Inv. Date: 03/19/2008 | -2.05 | 736.66 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Date: 7/10/2008　Time: 1:52pm　d_list_inmate_trans_statement_composite

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 01/01/2008 thru End; Inmate: B52757; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B52757 Walker, Jermaine**　　　　**Housing Unit: PON-WR-03-17**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 1,439.89 |
| 01/03/08 | Point of Sale | 60 Commissary | 003734 | 262236 | Commissary | -25.67 | 1,414.22 |
| 01/14/08 | Disbursements | 88 Filing Fee | 014320 | Chk #65572 | 01/14/08, Clerk of Circuit Cou, Inv. Date: 01/14/2008 | -60.00 | 1,354.22 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 527774, DOC: Library Copies, Inv. Date: 01/04/2008 | -.05 | 1,354.17 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 527776, DOC: Library Copies, Inv. Date: 01/04/2008 | -.80 | 1,353.37 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 526544, DOC: Library Copies, Inv. Date: 12/19/2007 | -.10 | 1,353.27 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 525960, DOC: Library Copies, Inv. Date: 12/13/2007 | -.30 | 1,352.97 |
| 01/15/08 | Disbursements | 90 Medical Co-Pay | 015320 | Chk #65579 | 526114, DOC: 523 Fund Reimburs, Inv. Date: 12/14/2007 | -2.00 | 1,350.97 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 526618, Pitney Bowes Bank, Inc, Inv. Date: 12/19/2007 | -.41 | 1,350.56 |
| 02/07/08 | AP Correction | 88 Filing Fee | 038520 | Chk #65572 Voided | 01/14/08 - Clerk of Circuit Co | 60.00 | 1,410.56 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039120 | | P/R month of 01/2008 | 2.45 | 1,413.01 |
| 02/08/08 | Disbursements | 99 Transfer Inmate | 039320 | Chk #65896 | Hill CC, Inv. Date: 02/08/2008 | -1,404.69 | 8.32 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 529666, DOC: Library Copies, Inv. Date: 01/28/2008 | -1.80 | 6.52 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 529667, DOC: Library Copies, Inv. Date: 01/28/2008 | -.20 | 6.32 |
| 02/13/08 | Disbursements | 81 Legal Postage | 044320 | Chk #65997 | 529304, Pitney Bowes Bank, Inc, Inv. Date: 01/24/2008 | -4.60 | 1.72 |
| 02/13/08 | Disbursements | 81 Legal Postage | 044320 | Chk #65997 | 529305, Pitney Bowes Bank, Inc, Inv. Date: 01/24/2008 | -.41 | 1.31 |
| 02/13/08 | Disbursements | 81 Legal Postage | 044320 | Chk #65997 | 528988, Pitney Bowes Bank, Inc, Inv. Date: 01/22/2008 | -1.31 | .00 |
| 02/22/08 | Disbursements | 99 Transfer Inmate | 053320 | Chk #66035 | Hill CC, Inv. Date: 02/22/2008 | 5.00 | 5.00 |
| 03/07/08 | Payroll | 20 Payroll Adjustment | 067120 | | P/R month of 02/2008 | 2.04 | 7.04 |
| 03/07/08 | Disbursements | 99 Transfer Inmate | 067320 | Chk #66186 | Hill CC, Inv. Date: 03/07/2008 | -2.04 | 5.00 |
| 03/12/08 | Disbursements | 82 Debts due to State (non-postage) | 072320 | Chk #66242 | 530864, DOC: 523 Fund Reimburs, Inv. Date: 02/11/2008 | -5.00 | .00 |

|  |  |
|---|---|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |