UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)
**JERMAINE WALKER**

Defendant(s)
**SHERIFF OF COOK COUNTY, et al.**

F I L E D
JUL 2 2 2008 mb
JUL 22 2008
V. MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: **08 C 1866**

Judge: **ELAINE BUCKLO**

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **Jermaine Walker**, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]:

   Plaintiff highly searched legal representation about his persistence Constitutional violations, and to no avail. See Attachments (A.B.C)

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [✓] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [✓] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   _Jermaine Walker_        600 S. Linwood Road
   Movant's Signature          Street Address

   JULY 9, 2008              Galesburg, IL. 61402
   Date                      City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: | HON. DAVID COAR |
| Case Number: | 06 C 493 |
| Case Title: | CLASS ACTION |
| Appointed Attorney's Name: | KENNETH N. FLAXMAN and THOMAS MORRISSEY |
| If this case is still pending, please check box | ☐ |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | ☐ |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | ☐ |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | ☐ |

# JENNER&BLOCK

June 13, 2008

Jenner & Block LLP    Chicago
330 N. Wabash Avenue    Dallas
Chicago, IL 60611-7603    New York
Tel 312-222-9350    Washington, DC
www.jenner.com

Jermaine Walker
Hill Correctional Center
600 South Linwood Road
P.O. Box 1700
Galesburg, IL 61402
**Register No.: B-52757**

Barry Levenstam
Tel 312-923-2735
Fax 312-840-7735

Dear Mr. Walker:

Thank you for your letter requesting pro bono representation. After carefully reviewing your request, we have determined that we will not be able to undertake the representation you are seeking.

Each year we receive hundreds of requests for pro bono representation. Each request is examined on a case-by-case basis according to various criteria, including geographical location, jurisdiction, conflict of interest, etc. Unfortunately, because of the tremendous volume of requests we receive, we are simply not able to undertake each one regardless of merit.

We have included a list of other Chicago area firms offering pro bono services to assist in your pursuit of legal representation.

Sincerely,

*Barry Levenstam/cp*

Barry Levenstam
Co-Chair, Pro Bono Committee

BL/cp
Enclosure

Exhibit: A




THE
ROGER
BALDWIN
FOUNDATION
OF ACLU,
INC.

Suite 2300
180 North Michigan Avenue
Chicago, Illinois 60601-1287
(312) 201-9740
Fax (312) 259-_____
www.aclu-il.org

May 14, 2008

Mr. Jermaine Walker
# B-52757
600 S Linwood Rd
P.O. Box 1700
Galesburg, IL 61402

Dear Mr. Walker:

Thank you for contacting the American Civil Liberties Union of Illinois. We have reviewed your situation carefully and we regret to inform you that we will not be able to accept your case.

The ACLU office is a legal center that involves itself with broad impact, constitutional litigation. These are issues where the government has abused constitutional rights. Unfortunately, we regret that most cases of individual unfairness or injustice cannot be accepted.

We receive more than 20,000 requests annually for legal assistance. Our resources are limited and we can only act upon a small percentage of the requests. The fact that we cannot help you, however, does not mean that your case has no merit. It may be that we are handling a similar case, that the case does not involve a novel issue pertaining to civil liberties, or that we do not have the resources to handle the case.

You should know that there is a limited time in which legal action may be pursued, sometimes referred to as a statute of limitations. You might be wise to ask an attorney for advice about preserving any rights you may have.

Please accept our regrets that we cannot help you with your situation.

Sincerely,


Intake Department


Exhibit: B

*A program of the Bluhm Legal Clinic*

# The MacArthur Justice Center

BLUHM LEGAL CLINIC

---

**LEGAL DIRECTOR AND**
**CLINICAL ASSOCIATE PROFESSOR**
Locke E. Bowman
312.503.0844
l-bowman@law.northwestern.edu

**CLINICAL ASSOCIATE PROFESSOR**
Joseph Margulies
312.503.0890
j-margulies@law.northwestern.edu

**BOARD OF DIRECTORS**
Solange MacArthur
John R. MacArthur
James Liggett

**GENERAL COUNSEL**
David J. Bradford
One IBM Plaza
Suite 4400
Chicago, IL 60611
312.222.9350
djbradford@jenner.com

May 12, 2008

**PRIVILEGED & CONFIDENTIAL LEGAL MAIL**

Jermaine Walker, #B52757
600 S. Linwood Road
P.O. Box 1700
Galesburg, IL 61402

Dear Mr. Walker:

Thank you for your letter requesting assistance from the Roderick MacArthur Justice Center.

The Roderick MacArthur Justice Center is a public interest law firm that is devoted to litigating cases that may impact the operation of the criminal justice system. Because we have a small staff and are currently operating at a full case load, we are not always able to provide assistance in individual cases and situations.

This is not to say that your case does not have merit. But because we have limited resources and select our cases with many factors in mind, it is not an issue that we can pursue at this time.

Thank you for writing. We wish you the best of luck.

Sincerely,

*Brigid Smigiel*

Brigid Smigiel
Roderick MacArthur Justice Center

Exhibit: C

Northwestern University School of Law
357 East Chicago Avenue
Chicago, Illinois 60611-3069
312.503.1271; fax 312.503.1272
www.law.northwestern.edu