

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

SEP 08 2008
SEP 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JERMAINE WALKER

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                         Case No: **08 C 1866**
                            (To be supplied by the Clerk of this Court)

SHERIFF OF COOK COUNTY

COOK COUNTY, ILLINOIS

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

CHECK ONE ONLY:                    <u>**AMENDED COMPLAINT**</u>

   **X**      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
            **U.S. Code** (state, county, or municipal defendants)

   _____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
            **28 SECTION 1331 U.S. Code** (federal defendants)

   _____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name:    JERMAINE  WALKER

B.    List all aliases:

C.    Prisoner identification number:    B-52757

D.    Place of present confinement:    HILL C. C.

E.    Address:    600 S. LINWOOD RD., GALESBURG, IL. 61401

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant:    SHERIFF OF COOK COUNTY

Title:    SHERIFF

Place of Employment:    COOK COUNTY JAIL

B.    Defendant:    COOK COUNTY, ILLINOIS

Title:    BOARD PRESIDENT

Place of Employment:    COOK COUNTY JAIL

C.    Defendant:

Title:

Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: JERMAINE WALKER V. GERARDO ACEVEDO, et al., NO (08 C 1110)

B.    Approximate date of filing lawsuit: MAY 7, 2008

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: JERMAINE WALKER

D.    List all defendants: GERARDO ACEVEDO, MANUEL ROJAS, LINDA MILLER, LYLE HAWKINSON and DON ALTIS

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): CENTRAL DISTRICT OF ILLINOIS

F.    Name of judge to whom case was assigned: HAROLD A. BAKER

G.    Basic claim made: DUE PROCESS VIOLATION AND RELIGIOUS INFRINGEMENT

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ON 6/25/08, FILED PENDING MOTION TO ALTER OR AMEND JUDGMENT

I.    Approximate date of disposition: CLOSED 6/12/08

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: _JERMAINE WALKER VS. ERIC MICHAELEK, etal., No. (08 C 1542)_

B.    Approximate date of filing lawsuit: _MARCH 14, 2008_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ _JERMAINE WALKER_

D.    List all defendants: _ERIC MICHAELEK, DANIEL LUCE, DAVID MANFIELD, TAMMY GARCIA_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NORTHERN DISTRICT OF ILLINOIS_

F.    Name of judge to whom case was assigned: _JUDGE ELAINE E. BUCKLO_

G.    Basic claim made: _LEGAL MAIL INTERFERENCE_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _PENDING_

I.    Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: __JERMAINE WALKER VS. TERRY__
__MCCANN, et al., No. (07 C 3083)__

B.   Approximate date of filing lawsuit: __JUNE 1, 2007__

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
__JERMAINE WALKER__

D.   List all defendants: __TERRY MCCANN, VENITA WRIGHT, MARK HOSEY,__
__PHILLIP MICHEL, SAMUEL NANCE, GARY COOPER, KEENAN YOUNG__

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __NORTHERN DISTRICT OF ILLINOIS__

F.   Name of judge to whom case was assigned: __JUDGE ELAINE E. BUCKLO__

G.   Basic claim made: __RELIGIOUS INFRINGEMENT__

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __PENDING__

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: __JACKSON, et al. VS. SHERIFF OF COOK COUNTY, et al., No. (06 C 493)__

B.   Approximate date of filing lawsuit: __DECEMBER 14, 2006__

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: __ROBERT JACKSON, et al.__

D.   List all defendants: __SHERIFF OF COOK COUNTY AND COOK COUNTY, ILLINOIS__

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __NORTHERN DISTRICT OF ILLINOIS__

F.   Name of judge to whom case was assigned: __JUDGE DAVID H. COAR__

G.   Basic claim made: __JAIL'S PRACTICE AND/OR POLICY OF STRIP SEARCHING__

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __SETTLED-OUT MARCH 31, 2008__

I.   Approximate date of disposition: __MARCH 31, 2008__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: JERMAINE WALKER VS. I.D.O.C., No. (04 CC 0823)

B.   Approximate date of filing lawsuit: AUGUST 5, 2003

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
JERMAINE WALKER

D.   List all defendants: ILLINOIS DEPARTMENT OF CORRECTIONS

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): COURT OF CLAIMS, COOK COUNTY

F.   Name of judge to whom case was assigned: JUDGE STEFFAN

G.   Basic claim made: PERSONAL INJURY

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENGING

I.   Approximate date of disposition: CLOSED (4/7/06) and REOPEN (6/15/07)

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

1.    This is a civil action arising under 42 U.S.C. § 1983. The Jurisdiction of this Court is conferred by 28 U.S.C. § 1343.

2.    On December 14, 2006, United States Judge ( DAVID H. COAR ) ordered that the Civil case ( NO. 06 C 496 ) could proceed as a class action, and set the case for trial on June 18, 2007.

3.    Counsels were able to negotiate a proposed settlement before the trial date.

4.    Judge Coar's notice of settlement clearly stipulated that any class member have the right to OPT-OUT of settlement and class action before October 8, 2007.

5.    Plaintiff objected and OPT-OUT of the

4                                        Revised 9/2007

proposed settlement and class action, by filing and mailing the OPT-OUT form to the [Claim Administrator, P.O. BOX 4602, OAK PARK, IL. 60303], and before Judge Coan's 10/8/07 Deadline.

6.    Plaintiff pursues the above class action suit separately and independently, demanding trial.

7.    Defendants are the Sheriff of Cook County, Illinois. The Sheriff is sued in his Official capacity, only. Plaintiff joins Cook County in this action.

8.    Plaintiff was admitted to the Cook County Jail as a pre-trial detainee

9.    As part of his admission to the Jail, Plaintiff was subjected to the non-consensual insertion of a swab into his penis.

10.    The insertion of a swab into the Plaintiff's penis unreasonably invaded his privacy and caused him extreme discomfort.

5

Revised 9/2007

11.    The insertion of a swab into Plaintiff's penis was conducted in accordance with an explicit policy of the Sheriff of Cook County or, in the alternative, with a practice that was so permanent and well-settled at the Cook County Jail that it constitutes a custom or usage with the force of law.

12.    As the direct and proximate result of the above referred policy of Defendant Sheriff, Plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendments of our U.S.A. Constitution.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

**(A)** PLAINTIFF WANTS TO BE GRANTED AN AMOUNT IN EXCESS OF TWO MILLION DOLLARS ($2,000,000.°°).

**(B)** PLAINTIFF WANTS FEDERAL CHARGES OR PENALTIES IMPOSED UPON THE DEFENDANTS.

**VI.**    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___24TH___ day of _AUGUST_, _2008_

_Jermaine Walker_

(Signature of plaintiff or plaintiffs)

JERMAINE    WALKER

(Print name)

B-52757

(I.D. Number)

HILL C.C.

P.O. BOX 1700

GALESBURG, IL. 61401

(Address)

    Revised 9/2007

August 27, 2008

Prisoner Correspondence
Clerks Office
U.S. District Court
219 S. Dearborn St.
Chicago, Ill. 60604

RECEIVED
SEP 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Correspondent:
(NO. 08C1866, Walker v. Sheriff of Cook County, etal.)

## NOTICE of FILING

Please take notice that, on the 27th day of August, 2008 @ 10:00 p.m., the attach five (5) Amended Complaint, were mailed to ( Prisoner Correspondence, U.S. District Court, 219 S. Dearborn St., Chicago, Ill. 60604).

Respectfully submitted,

Jermaine Walker

Jermaine Walker
B-52757
600 S. Linwood Rd.
P.O. Box 1700
Galesburg, Il.  60662
                 61402